█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURICE NEWTON, Appellant. [878 NYS2d 926]—Judgment, Supreme Court, New York County (Robert Stolz, J., at plea; Ronald A. Zweibel, J., at sentence), rendered on or about May 10, 2007, unanimously affirmed. No opinion. Order filed.

Concur—Andrias, J.P., Friedman, Buckley, Acosta and DeGrasse, JJ.